**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 24-cv-24160-JB**

JESUS GONZALEZ,

       Plaintiff,

v.

2286 GRAND AVENUE, LLC,

       Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Final Dismissal with Prejudice filed by the parties in ECF No. [7], in which they stipulate and agree to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 4th day of December, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**